[NOT FOR PUBLICATION] [NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 97-1082

LIBERTY MUTUAL INSURANCE COMPANY,

Plaintiff, Appellee,

v.

CATERINA A. ROSENTHAL, ET AL.,

Defendants, Appellants.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Richard G. Stearns, U.S. District Judge]

Before

Selya, Circuit Judge,

Cyr, Senior Circuit Judge,

and Lagueux*, District Judge.

Evan T. Lawson, with whom J. Mark Dickison and Lawson &
Weitzen, LLP were on brief, for appellants.
Michael J. Keefe, with whom James E. Harvey, Jr., O'Malley
and Harvey, Kenneth A. Latronico, and Latronico & Whitestone were
on brief, for appellee.

July 18, 1997

*Of the District of Rhode Island, sitting by designation.

Per Curiam. We have reviewed the record on appeal with Per Curiam.

care, read the parties' briefs, and entertained oral argument.

We find that the district court's order granting equitable relief

pendente lite is grounded on substantial evidence in the record,

meets the requirements we have laid down for the granting of

preliminary injunctive relief, see, e.g., Narragansett Indian

Tribe v. Guilbert, 934 F.2d 4, 5 (1st Cir. 1991), and does not

appear to represent an unreasonable application of pertinent

legal principles. Consequently, we summarily affirm the order.

The appellants may, of course, raise their factual and legal

arguments anew at the trial on the merits.

Affirmed. Affirmed.

2